UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| RITA BONVILLIAN | * | CIVIL ACTION NO. 16-1708 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| NATIONAL LIABLITY & FIRE INSURANCE COMPANY, ET AL. | * | MAG. JUDGE PATRICK J. HANNA |

## JUDGMENT OF REMAND

The Report and Recommendation [Doc. No. 14] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that this cause is remanded to the Twenty-Seventh Judicial District Court for St. Landry Parish, Louisiana.

**IT IS FURTHER ORDERED** that the Clerk of Court certify a copy of this judgment and forward the same to the Clerk of the Twenty-Severnth Judicial District for St. Landry Parish, Louisiana.

**MONROE, LOUISIANA**, this 3rd day of March, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE